SAMUEL KOFF, Respondent, *v.* BENJAMIN CONSTRUCTION Co., INC., Appellant, Impleaded with Others.

(Submitted October 1, 1934; decided October 9, 1934.)

*Jacob Graifer* for motion.
*Samuel Binder* opposed.
Motion denied, with ten dollars costs.